United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 6, 2006**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-41551
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LORENA MARICELA TORRES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
Docket No. 5:04-CR-948-3

_____

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

The attorney appointed to represent Lorena Maricela
Torres has moved for leave to withdraw from this appeal and has
filed a brief as required by Anders v. California, 386 U.S. 738, 87
S. Ct. 1396 (1967). Torres has not filed a response.

Our independent review of the brief and the record shows
that there are no nonfrivolous issues for appeal. Accordingly,
counsel's motion for leave is GRANTED. Counsel is excused from

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities herein, and this appeal is DISMISSED.  <u>See</u>

5TH CIR. R. 42.2.